FILED

JUL 11 2016

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| FRESENIUS KABI USA, LLC and<br>FRESENIUS KABI DEUTSCHLAND GMBH<br><br>*Plaintiffs*,<br><br>v.<br><br>MYLAN LABORATORIES LIMITED,<br>MYLAN INC., AGILA SPECIALTIES INC.,<br>and MYLAN PHARMACEUTICALS INC.<br><br>*Defendants*. | C. A. No. 15-185-IMK |

## STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Fresenius Kabi USA, LLC and Fresenius Kabi Deutschland GmbH (collectively, "Fresenius") and Mylan Laboratories Limited, Mylan Inc., Agila Specialties Inc., and Mylan Pharmaceuticals Inc. (collectively, "Defendants") (together with Fresenius, the "Parties") that:

1. Plaintiffs' First Amended Complaint for Patent Infringement (D.I. 64), docketed June 6, 2016, concerning Mylan Laboratories Limited's ropivacaine hydrochloride injection product, as described in ANDA No. 206091, be dismissed without prejudice;

2. The Parties shall bear their own costs and attorneys' fees.

Dated: July 7, 2016

By: */s/ James F. Companion*
James F. Companion
Yolonda G. Lambert
SCHRADER BYRD & COMPANION, PLLC
The Maxwell Centre
32-20th Street, Suite 500
Wheeling, WV 26003
(304) 233-3390
jfc@schraderlaw.com

By: */s/ Gordon H. Copland*
Gordon H. Copland (WVSB No. 828)
William J. O'Brien (WVSB No. 10549)
Christopher A. Lauderman (WVSB No. 11136)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

*Of Counsel:*

Daryl L. Wiesen, Esq.
John T. Bennett, Esq.
Samuel E. Sherry, Esq.
Sundar Subramanyam, Esq.
Jennifer L. Ford, Esq.
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
(617) 523-1231 (fax)
dwiesen@goodwinlaw.com
jbennett@goodwinlaw.com
ssubramanyam@goodwinlaw.com
ssherry@goodwinlaw.com
jford@goodwinlaw.com

*Attorneys for Plaintiffs*
*Fresenius Kabi USA, LLC and Fresenius*
*Kabi Deutschland GmbH*

*Of Counsel:*

Douglass C. Hochstetler
Christine A. Dudzik
Constantine Koutsoubas
KELLEY DRYE & WARREN LLP
333 W. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070

*Attorneys for Mylan Laboratories Limited,*
*Mylan Inc., Agila Specialties, Inc., and Mylan*
*Pharmaceuticals Inc.*

**IT IS SO ORDERED:**

Dated: _July 11, 2016_

_____
The Honorable Irene M. Keeley